Case: 1:24-mj-00121
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 3/29/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS FOR AMENDED COMPLAINT

1. Law enforcement is investigating a series of armed robberies and carjackings believed to have been perpetrated by KANARD BISHOP, KHALIL BOYD, and EDWARD LEROY BROWN.  In summary, and as set forth in greater detail below, BISHOP, BOYD, AND BROWN are tied to the series of armed robberies and carjackings by their connection to a white Acura MDX, repeat use of the stolen vehicles, clothing, and video of the offenses.

### *Armed Carjacking 1: The March 17, 2024 Armed Carjacking  (CCN 24040715)*

2. On Sunday, March 17, 2024 at approximately 7:45 p.m. members of the 6th District Patrol units received a radio run for an Armed Carjacking that just occurred in the 4400 block of Southern Avenue, SE.  When officers arrived on scene, they were met by Complainants 1 and 2 (hereinafter "C-1" and "C-2").  C-1 reported that he parked his 2008 Black Mercedes Benz, Bearing a VA Registration of TNN8884 in front of 4316 Southern Avenue, SE to purchase items from a nearby liquor store. After purchasing their items from the liquor store, C-1 and C-2 waited for traffic to clear before crossing the street.  As they waited, C-1 observed a white vehicle, which C-1 believed was an Audi,  driving past them and slowing down. C-1 and C-2 began to cross the street towards the Black Mercedes Benz. As C-1 opened the front driver side door, he is approached by S-1, who is armed with a gun. S-1 went through C-1's pockets and removed his iPhone 14 Pro Max cell phone, a black and ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛in, and $2,000 in U.S. curr⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛proached by S-2. S-2, who ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ced C-1 from his vehicle ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛as believed to be a white ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛which time both suspects fled the scene.

Case: 1:24-mj-00121
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 3/29/2024
Description: COMPLAINT W/ARREST WARRANT

3. Detectives recovered surveillance footage from the Liquor Store at 4416 Southern Avenue SE.  The footage captures what appears to be a white Acura MDX, indicated by the red arrow below, travelling northbound on Southern Avenue, SE shortly before C-1 appears. (As further described below, a white Acura MDX matching the one in the video has since been tied to BISHOP.)



4. At time stamp 7:24:04 p.m., the footage shows C-1 walking from the liquor store to the street where he stops.  The white Acura MDX is observed continuing down Southern

Avenue, SE.  The footage then shows the white Acura MDX (which appears to have a sunroof and appears to be missing the cover of the right/passenger side mirror,) returning and driving past the Complainants and stops in the street, as shown below, with a red arrow indicating the Acura.



5. As C-1 opens the front driver's side door of this Black Mercedes Benz, he is confronted by S-1.  S-1 is observed wearing a red/maroon shirt and black pants. At time stamp 7:24:43 p.m., S-2 enters the frame and approaches C-2 on the passenger side of the Mercedes Benz. S-2 appears to be wearing a green jacket, light-colored jeans, and light-colored shoes.  As S-2 approaches C-2, he moves to the front of the Mercedes Benz. A firearm is visible as S-2 is moving closer to C-2 and S-2 appears to be demanding C-2's property. At time stamp 7:25:08 S-1 forces C-1 to exit the driver seat and is then observed walking to the rear of the Mercedes, where he is confronted by S-2.  S-2 is observed exiting the frame, presumably running back toward the Acura MDX.  S-1 drives away in C-1's Mercedes and is last seen travelling towards Bowen Road, SE, making good his escape.

6. On March 18, 2024, at approximately 12:46 a.m., C-1's Mercedes alerts an License Plate Reader (LPR) at Pennsylvania and Alabama Avenue, SE. Patrol units canvassed the area for the Mercedes.  While canvassing, a patrol unit observes the 2008 Black Mercedes in the parking lot in front of the 7-11 located at 3218 Pennsylvania Avenue, SE.  The patrol unit observed two subjects outside of the Mercedes. Upon noticing the cruiser, the two subjects entered the Mercedes and fled the area.  Detectives responded to the 3218 Pennsylvania Avenue, SE and downloaded the surveillance footage from the 7-11, which shows two suspects, shown in stills below, exit the vehicle and walk towards the front entrance. Upon observing the marked cruiser nearby, the suspects get back into the black Mercedes and flee the scene.



7. On Wednesday, March 20, 2024, C-1's vehicle was recovered in the rear of 430 37th Place, SE.

### *Armed Robbery 1: The March 20, 2024 Attempt Armed Robbery of McDonalds in Capitol Heights, MD* [1]

8. On March 20, 2024, at approximately 03:03 a.m., officers responded to the McDonald's located at 7 4777 Marlboro Pike, Capitol Heights, Maryland for a report of an attempted commercial armed robbery. Upon arrival officers met with the victim, who is a store employee and reviewed video surveillance. Based on discussions with the victim and reviewing the surveillance, law enforcement determined that a white Acura SUV with an unknown Maryland (MD) temporary tag entered the drive thru lane. At the same time, two Suspects, who were on foot, are waiting by the dumpsters. Once the Acura pulled up to the payment window and the Victim opened the window, the Suspects took turns lifting their upper bodies through the drive thru window, pointing handguns at the Victim, and attempting to open the register by pressing on selections on the computer terminal. The Victim, fearing for her safety, fled within the McDonald's. After several unsuccessful attempts, the Suspects fled foot, and it appeared likely that the Acura followed the Suspects to pick them up. Stills of the suspects and the Acura are below. Notably, the Acura matches the Acura that has since been linked to BISHOP. In addition, the blue camo jacket matches a jacket that has also since been linked to BISHOP.

---

[1] Because of the recent nature of many of these offenses, your affiant has not yet received much of the paperwork associated with the Maryland offenses. The descriptions below are based on the preliminary information provided by law enforcement partners in Maryland.

 

**Black Handgun** silver ejection port, laser sights


Suspect 1


B/M, 18 – 25, medium build, average height, black moose
knuckle jacket, white surgical mask, black/grey/white gloves
armed with a handgun


Suspect 2     **Black Handgun**


B/M, 18 – 25, black mask, silver wristwatch, white/grey
shoes, BAPE blue camo shark snowboarding hoodie,
armed with a handgun

### _Armed Carjacking 2: The March 20, 2024 Armed Carjacking of Dodge Durango (CCN 24042075)_

9.  On Wednesday March 20, 2024, at approximately 4:00 a.m, Metropolitan Police
Department (MPD) responded to a radio run for an armed carjacking that occurred in front
of 20 35th Street NE, Washington D.C.  The responding officers located the Complaining
Witness 3 ("C3") in the 3400 Block of East Capital Street with no visible injuries. C3
informed officers that three armed gunmen had just taken his 2018 Dodge Durango, with
MD tag 3GB8695, and fled the area. C3 reported that he had left a restaurant around
approximately 9:00 p.m. or 10:00 p.m. the previous night and had parked in front of 20

35th Street NE to sleep off a few drinks. C3 stated that he had gotten into the rear seat and had his vehicle running to stay warm. At approximately 3:50 a.m., C3 was awaken by his driver's side window being broken. C3 stated that he saw three suspects on the outside of his vehicle and one of the suspects was about to open his door. C3 attempted to exit out of the rear driver side door but as soon as he exited, all three suspects began pointing firearms at him. C3 was unable to give a description of the suspects but stated one of the suspects had a handgun with a green laser. (As noted below, a firearm with a green laser has since been linked to BISHOP.)

10. Once the suspects had C3 stopped, they began demanding the keys to the vehicle and any other property C3 had on him. One of the suspects began patting C3's pants pockets and the victim explained all his property was in the vehicle. One of the additional suspects indicated he had found C3's keys and they could drive it away. Two of the suspects entered C3's vehicle, , and fled southbound on 35th Street NE towards East Capital Street. The third suspect had gotten into a grey SUV that had been parked nearby during the robbery and fled northbound. C3 stated he believed that vehicle was how the suspects had arrived at the location.

11. C3's stolen Dodge Durango was white with two black racing stripes, as shown in the below LPR photograph taken on an earlier occasion.



12. On March 20, 2024, Detective O'Donnell and Carjacking Task Force Analyst Patel observed the MPD CCTV cameras in the area of Armed Carjacking 2. At 3:51:10 a.m., the CCTV footage shows a white SUV with a sunroof (similar to the white Acura MDX shown above and to the white Acura that has since been linked to BISHOP, as described below). The footage shows the white SUV with a sunroof, shown below, appear in the distance towards East Capital Street. The vehicle appears to drop off two suspects, who

approach a parked vehicle.  The white SUV, which has a sunroof, then turns right onto Ames Street NE.



13. Later, at 3:52:02 a.m, CCTV footage of/at Ridge Road SE & B Street SE, which is approximately two blocks from the location of Armed Carjacking 2, captures what appears to be the white SUV following the stolen Durango. (The location of the carjacking is marked with a red mark in the map below and the location of the cameras is marked with a red circle.)



14. Specifically, the CCTV captured a white SUV with black stripes (consistent with C3's stolen Dodge Durango) travelling southbound on Ridge Road SE at 3:52:02 am. A few seconds later, at 3:52:10 a.m., a white SUV is observed travelling southbound on Ridge Road SE.   Still shots of both are below.   Additional cameras nearby at Ridge Road SE & Bay Lane SE capture the same: the white SUV with racing stripes followed by the white SUV.





### _Armed Robbery 3: The March 20, 2024 Armed Robbery of Denny's at 4445 Benning Road, NE_

15. On March 20, 2024, approximately 4:11 a.m., MPD responded to a report of a robbery of the Denny's Restaurant at 4445 Benning Road, NE. Interviews with witnesses and victims indicated that two suspects armed with firearms came into the establishment and demanded money from the register.  When the employee couldn't open the register, the suspects ripped the register off the counter and took it.  The suspects then fled in a white SUV with black stripes  (which is consistent with the Dodge Durango stolen in Armed Carjacking 2 shortly before).  Video surveillance reviewed by law enforcement confirmed this account and showed the following:   Suspect 1 and 2 entered the establishment at a timestamp of approximately 04:11 hours. Suspect 2 is seen walking behind and interacting with one of the employees while pointing a black in color handgun at her. Suspect 1 is then seen walking towards one of the employees pointing a black handgun at her, and what is believed to be the light from the laser sight is seen on the employee and the wall behind her. (As noted below, a firearm with a green laser has since been linked to BISHOP.) Suspect 1 walks behind the counter and looks at the cash register before returning to the dining area. Suspect 1 is then seen walking back, following an employee, before going behind the counter again and pulling the cash drawer out. The suspects are then seen walking out of the establishment to the vehicle they arrived in, and both enter the vehicle's passenger side.

16.  Stills from surveillance of the suspects and the vehicle are below.  Notably, the pants worn by Suspect 1 match pants linked to BISHOP, as described below.

_Suspect 1_



*Suspect 2*



### (Attempted) Armed Robbery 4: The March 20, 2024 Armed Robbery of McDonalds at 7708 Landover Road, Landover Maryland

17. On March 20, 2024, around 4:59 a.m., law enforcement responded for report of an attempted robbery of the McDonalds at 7708 Landover Road, Landover, Maryland. Interviews with victims indicated that two suspects armed with firearms attempted to rob the store.  The victim advised that while working the drive thru window a white Dodge Durango came to the window after ordering items. When the vehicle approached the window, the Victim opened it to collect money. At this time, one of the Suspects pointed a black unknown type of handgun at the Victim. The Suspects then attempted to enter the store through the drive thru window but the Victim was able to push the Suspect back out of the window and shut it. The unknown Suspects then fled the area in a white Dodge Durango with Maryland registration 3GB8695.  (This is the same Dodge Durango stolen in Armed Carjacking 2 earlier that night).

### Armed Robbery 5: The March 20, 2024 Armed Robbery of 7-Eleven at 7501 Landover Road, Landover Maryland

18. On March 20, 2024, law enforcement responded for a report of a robbery that occurred around 5:03 a.m. at the 7-11 at 7501 Landover Road, Landover, Maryland. Interviews with victims indicated that two suspects armed with firearms robbed the store.  The victims advised that two unknown male Suspects arrived at the listed location in a white Dodge Durango bearing MD tag 3GB8695, entered the store, pointed a handgun, and said, "open the register and give me the money, hurry up and open the safe also." Suspect 2 jumped over the counter and snatched the register. The Suspect stole approximately $300 in store funds. The Suspects then fled in an unknown direction making good on their escape.  (This is the same Dodge Durango stolen in Armed Carjacking 2 earlier that night).   Stills of the suspects are below.  Notably the pants worn by Suspect 1 appear to be the same from Armed Robbery 3, and those pants have since been linked to BISHOP, as described below. Similarly, the watch visible on Suspect 1's hand matches a watch worn by BISHOP in other photos, as described below.)

  Suspect 1

  Suspect 2



***Armed Robbery 6: The March 20, 2024 Armed Robbery of 7-Eleven at 7501 Landover Road, Landover Maryland***

19. On March 20, 2024, law enforcement responded for a report of a robbery that occurred around 5:26 a.m. at the 24hr. Discount Market at 5249 Marlboro Pike, District Heights, Maryland.  The victim stated he observed a white Dodge Durango with Maryland tag 3GB8695 parked in front of the location while he was outside of the store. Two unknown Suspects then exited the vehicle and confronted the Victim at gunpoint. The Suspects then forced the Victim into the store at gunpoint and stole money from the register, a carton of Newport cigarettes, and 20 packs of funnel tobacco products. The Suspects then exited the store, got into the white Dodge Durango, and fled the area in an unknown direction.  Stills of the suspects are below.  Notably the pants worn by Suspect 1 appear to be the same from Armed Robbery 3 and 4, and those pants have since been linked to BISHOP, as described below.

   

20. On March 22, 2024, the Dodge Durango utilized in the robberies on March 20th, 2024, was located stationary and unoccupied in the area of 5109 Southern Avenue, Capitol Heights, Prince George's County, Maryland.

### *Armed Carjacking 3: The March 27, 2024 Armed Carjacking of Dodge Challenger*

21. On March 27, 2024, at approximately 8:47 a.m., Prince George's County Police Department officers responded to the area of 2000 Brooks Drive District Heights, Prince George's County, Maryland  for a reported armed carjacking. Once on scene, officers and detectives made contact with the victim who advised he was putting air in the tires of his vehicle, a 2022 purple Dodge Challenger bearing District of Columbia tag FH6425, in the gas station parking lot when a white in color vehicle approached him. Two suspects then exited the suspect vehicle, displayed a handgun, knocked the victim to the ground, and made demands for the victim's property. After a brief struggle and fearing for his life, the victim complied. One suspect then entered the victim's vehicle and fled and one suspect entered the suspect vehicle and fled; both made good on their escape. The victim was not injured during this incident and provided detectives with a written statement detailing the incident.

22. Detective Allen reviewed video surveillance footage of the incident. From the footage, officers identified that the suspect vehicle was a white Acura MDX displaying Maryland temporary tags.  Stills from the surveillance is below.  (As further described below, a white Acura MDX matching the one in the video has since been tied to BISHOP.   In addition, pants similar to those worn by one of the suspects have also been linked to BISHOP.)



23. Damage to Acura (which matches damage later observed on the Acura linked to BISHOP) on the scene of the Armed Carjacking of the Challenger is circled above.



***Initial identification of Acura MDX***

24. After leaving the scene, Detective Allen began to canvass the surrounding area for the carjacked Dodge Challenger and the suspect vehicle. While canvassing the area, Detective Allen observed a white Acura MDX bearing Maryland temporary tag T1705401. He was able to follow the Acura MDX into Washington, D.C. to the area of Texas Ave and Ridge Rd SE. Detective Allen was then able to locate the carjacked Dodge Challenger in a parking lot to the rear of 3718 Ely Pl SE Washington, DC.

25. The white Acura MDX became mobile and entered back into Prince George's County via Marlboro Pike at approximately 11:35 a.m. Detectives maintained a visual on the vehicle and were able to observe two of the occupants enter the used tire shop at 4862 Marlboro Pike Capitol Heights, Maryland. Both suspects then exited the shop and re-entered the back seat of the Acura. The Acura MDX was last observed by Prince George's County Police Department (PGPD) detectives being driven towards Southern Ave SE.

26. Detective Allen responded to the used tire shop and reviewed surveillance footage from when the occupants of the Acura entered the store. Detective Allen verified that one of the individuals was wearing clothing that matched the description of the suspect who first approached the victim of the armed carjacking on Brooks Drive and drove the victim's vehicle from the scene. The second individual appeared to have changed clothing, however, he matched the physical description of the suspect who fled driving the Acura from that scene.

### *Armed Robbery 7: The March 27, 2024 Armed Robbery of FedEx Truck (CCN 24046125)*

27. At approximately 12:09 p.m., on March 27, 2024, two individuals robbed a FedEx truck at the intersection of Burns Street SE and G Street SE, Washington, D.C. As captured on video, the suspects robbed the truckdrivers at gunpoint – taking approximately three packages from the interior of the truck and then fleeing in a white Acura MDX bearing Maryland temporary tag T1705401. The employees explained that one suspect also took the wallet of the employee inside the truck. The other suspect took both the wallet and phones of the other employee – smashing the phones. The two FedEx employees held up at gunpoint reported this to the police later in the day at approximately 4:00 p.m. As captured on the high-definition video surveillance from the interior and exterior of the truck, two individuals approached the two FedEx employees with firearms telling them not to move.[2]

28. A still from the initial encounter with the first suspect - the individual believed to be BISHOP - is below. Notably, the still captures the tattoo evident on BISHOP's left hand and unique pants linked to BISHOP, as explained below.

---

[2] The surveillance footage lists a time of 16:09 as the time of the robbery; this appears to be GMT time. In EST, it would be 12:09 p.m.





29. The video shows a second suspect holding up the other employee outside of the truck. Video from the exterior of the truck captures the suspects fleeing with the packages into a white Acura MDX bearing Maryland temporary tag T1705401 driven by a third suspect. The Acura had damage on the front right bumper of the vehicle consistent with what was later seen by law enforcement.

### *Subsequent identification of Acura MDX*

30. On March 27, 2024, Special Agent R. Palmertree, Detective J. Kingsley and Detective C. Leo identified the address of the registered owner of the white Acura MDX, which is 422 37th Place SE, Apartment 201, Washington, DC 20019, and responded to the area of the 400 block of Ridge Road SE to canvass for the vehicle. The registered owner is a female (Individual 1) who is believed to be in a romantic relationship with BISHOP based upon prior reports to law enforcement. Specifically, on February 26, 2024, Individual 1 reported that BISHOP, whom Individual 1 identified by full name, photos, and birthday, had stolen from Individual 1. (Two of those photographs are below and are consistent with known photographs of BISHOP.)



31. As captured on body worn camera, during that report, Individual 1 indicated that BISHOP (and two of his friends) had been staying with Individual 1 at her apartment. Individual 1 indicated BISHOP had a key to that apartment. Individual 1 also indicated that BISHOP was using her prior vehicle, which she had to get back now that she had just bought a new vehicle. (This tracks with vehicle records, which show that Individual 1 had recently become the registered owner of the white Acura MDX with a Maryland temporary tag T1705401.)

32. 411 Ridge Road SE is also very close to both Individual 1's apartment and where the Dodge Challenger taken in Armed Carjacking 3 was found that same morning, as explained above. The stolen Challenger was found in a parking lot to the rear of 3718 Ely Pl SE Washington, D.C., marked below, and the Acura parked near the area with the red X below. Individual 1's apartment is marked with a yellow X.



33. While parked in the 400 block of Ridge Road SE, law enforcement saw a white Acura MDX pulling into the rear parking lot of 411 Ridge Road SE at approximately 12:13 p.m. (This was minutes after the same Acura was used to commit the robbery of the FedEx drivers described above, which occurred an approximate two minute drive away, as noted in the map below.)



34. The white Acura MDX backed into a parking spot in such a way that Agent and Detective could see the passenger side of the Acura. Agent and Detectives observed two individuals

get out of the passenger side of the white Acura MDX. The individuals who exited the Acura grabbed what appeared to be open and empty cardboard boxes from inside of the vehicle and discarded the boxes in a dumpster approximately two parking spots away from the white Acura MDX. Special Agent R. Palmertree walked around the buildings in an attempt to view the individuals closer. The individuals were out of sight once SA Palmertree got around the building and to the Acura. (This is generally consistent with the individuals entering 422 37th Place SE,  Apartment 201, which is located in the vicinity and is Individual 1's address where BISHOP was known to stay.  However, Agent R. Palmertree was unable to see if the passengers entered that building.) The individuals did not come back up toward the 400 block of Ridge Road SE, as Detective J. Kingsley and Detective C. Leo were still in the front of the location.

35. Law enforcement observed the following about the passengers of the vehicle before they disappeared.  The front passenger appeared to be a black male, wearing black/Purple jeans (with a white pocket turned inside out on the back right side) with a white patch on the front right leg, black jacket with a hood, with a black mask pulled up and atop his head. The rear passenger appeared to be a black male, with a black top and dark pants, and a black mask on his head.  Law enforcement was unable to observe the driver.

36. After the boxes were discarded, Agent R. Palmertree responded to the dumpster and retrieved the discarded boxes. The lid to the dumpster was off. The dumpster was mostly empty, and it was raining at the time, so the boxes discarded by the subjects were mostly dry. Several boxes were retrieved. Detective Kingsley viewed the shipping labels on the boxes and they appeared to be FedEx shipping labels.

37. On March 27, 2024, Detective D. Naples, Detective J. Rimel, and Detective T. O'Donnell were sitting surveillance in the 400 block of 37th Place SE. At approximately 5:24 p.m., three individuals exited the front door of 422 37th Place SE via the front door. All three individuals went up the grass hill and got into the white Acura MDX, leaving the parking lot onto the 400 block of Ridge Road SE heading southbound.

38. Later that evening, on March 27, 2024, Detective D. Naples, Detective J. Rimel and Detective T. O'Donnell were sitting surveillance in the 400 block of 37th Place SE. At approximately 6:32 p.m., the white Acura MDX reappeared in the parking lot behind 411 Ridge Road SE. Three black males were in the vehicle, as well as a heavy-set black female with three young children aged approximately six and younger. The female and children exited the vehicle and walked to 422 37th Place SE and entered the front door. Two of the males did not exit the Acura. An individual wearing all black got out of the vehicle, and appeared to throw items in the dumpster nearest the Acura and a box down onto the ground over the wall and below the dumpsters. (Law enforcement later retrieved these items.) The male then got back into the Acura, now containing the three males, and left the parking lot. The male appeared to be wearing the same pants as the suspect in Armed Robbery 7, above.

### *Anonymous Tip Identifying KANARD BISHOP and his Instagram Account*

39. On March 27, 2024, an MPD Detective received an anonymous call from an individual claiming to be an individual close to Kanard BISHOP. The anonymous tipster indicated that IT overheard individuals close to BISHOP talking about the fact that he was the individual who robbed Denny's.

40. Per law enforcement databases and the court docket, BISHOP is currently on pre-trial release in D.C. Superior Court Case 2023-CF3-5169 for Second Degree Burglary. According to the docket in the case, up until February 2, 2024, BISHOP was required to be on GPS monitoring as part of his pre-trial release conditions. On that date, the court removed BISHOP from electronic monitoring.

41. Further, based on a review of his records, BISHOP was previously convicted of Unlawful Taking of a Motor Vehicle in St. Mary's county, Maryland, where he was sentenced to 18 months of incarceration. As a result, BISHOP is aware that he was previously convicted of a crime punishable by more than one year.

42. The anonymous tipster also provided BISHOP's Instagram handle as uptop.da.gps ("TARGET INSTAGRAM ACCOUNT"). The TARGET INSTAGRAM ACCOUNT is publicly accessible and indeed appears to have multiple photos of BISHOP posted to the account. Based on a comparison of law enforcement photos of BISHOP, on the left, and the publicly posted photos on the TARGET INSTAGRAM ACCOUNT, the individual featured on the account is consistent with BISHOP.



43. On March 27, 2024, your affiant showed the photo above on the right, which was pulled from publicly available photos on the TARGET INSTAGRAM ACCOUNT, to Witness 1. Witness 1 has known BISHOP for multiple years and come into regular contact with him over the years. Witness 1 identified the individual in the photo as KENARD BISHOP.

44. The TARGET INSTAGRAM ACCOUNT shows BISHOP in a jacket matching the jacket worn by Suspect 2 in Armed Robbery 1, as noted below.



*Photo from Target Instagram Account*          *Still from Armed Robbery 1*

45. In addition, two of the offenses, Armed Carjacking 2 and Armed Robbery 3, involved the suspect using a firearm with a laser (one of which was specifically seen to be green).  The TARGET INSTAGRAM ACCOUNT shows BISHOP repeatedly with a firearm with a green laser, such as the photo above.

46. In addition, TARGET INSTAGRAM ACCOUNT shows BISHOP wearing what appears to be a Cartier watch on his left hand, as shown circled below on the left.   Suspect 1 in Armed Robbery 5 is seen with a similar watch on his left hand.



*Photo from Target Instagram Account          Still from Armed Robbery 5*

**47.** In addition, the TARGET INSTAGRAM ACCOUNT shows BISHOP wearing distinctive pants with unique circular patterns on the left pant leg and unique writing **on the right** pant

leg.   One of the suspects in Armed Robbery 3, Armed Robbery 5, and Armed Robbery 6 is seen with the same pants, as shown below.

  

*Still from Armed Robbery 3*     *Still from Armed Robbery 5*  *Still from Armed Robbery 6*



*Stills from Target Instagram Account*

48. In addition, the TARGET INSTAGRAM ACCOUNT shows BISHOP wearing distinctive pants with red and white patching and markings on the legs (See photos below).   One of the suspects Armed Robbery 7 is wearing the same pants.



*Stills from Armed Robbery 7*



*Stills from Target Instagram Account*

49. In addition, the TARGET INSTAGRAM ACCOUNT included a video from the passenger side of what appears to be the same Acura described above.  Specifically, on the left is a still from that short video from the TARGET INSTAGRAM ACCOUNT.   The video showed the vehicle being driven in the rain around 10:37 a.m. on March 27, 2024, based on the timing of the post.  On the right is a photo of the interior of the Acura (which was photographed on March 27, 2024) when it was parked near 411 Ridge Road SE.



***Still from Target Instagram Account***          ***Photo of Interior of Acura***

50. Finally, BISHOP has the same tattoo on his left hand as one of the suspects in Armed Robbery 7.  The tattoo is circled in the photos below – which include a still from Armed Robbery 7, from BWC from his arrest in 2023, and from BISHOP's Instagram.



*Still from Armed Robbery 7*



*Still from 2023 Arrest of BISHOP*



*Still from 2023 BISHOP's Instagram Account*

<u>**Armed Robbery 8: The March 29, 2024 (Attempted) Armed Game Stop store at District Heights, Prince George's County, Maryland**</u>

51. On Thursday, March 28th, 2024, at approximately 3:05 p.m., detectives of the Prince George's County Police Department's Carjacking Interdiction Unit and Auto Theft Unit were conducting mobile surveillance on a carjacked 2022 Dodge Challenger bearing Washington, D.C. registration plates FH6425 in the 5700-block of Silver Hill Road, District Heights, Prince George's County, Maryland, 20747. While conducting surveillance, detectives observed the vehicle park in a parking space directly in front of the Game Stop store at 5706 Silver Hill Road. At that point, BISHOP and an individual later identified as Edward Leroy BROWN, DOB 08/26/1999, exited the vehicle, while the an individual later as Khalil Sequan BOYD, DOB 12/29/2005, remained in the driver's seat of the vehicle.

52. As detectives moved into perimeter positions and prepared to conduct a tactical block of the carjacked vehicle, detectives realized that BISHOP and BROWN were committing a robbery of the Game Stop store. Detectives entered the store, identified themselves as

police officers, and began giving both BISHOP and BROWN loud verbal commands. BISHOP and BROWN then fled on foot through the emergency exit door to the rear of the business, with detectives giving chase. BISHOP and BROWN exited the store into an alley before fleeing into the parking lot with firearms displayed.

53. Upon entering the parking lot, officers on perimeter positions observed the BROWN and BISHOP with firearms in their hands. BISHOP began running towards the front of the building. Upon observing multiple officers standing near the front of the building, BISHOP threw his gun and continued to run through the parking lot. BISHOP was ultimately taken into custody in the parking lot after a short foot pursuit. BISHOP's gun was recovered on the scene and identified as a black semi-automatic .40 caliber Glock 22 handgun bearing serial number BVKX619. The weapon was loaded with 1 round of ammunition in the chamber and 9 rounds of ammunition in the magazine.

54. BROWN began running towards the front of the building where a detective was standing. Upon recognizing that BROWN had a firearm in his hand, the detective discharged his duty weapon, striking BROWN in the lower body, causing him to fall to the ground. BROWN was taken into custody and detectives rendered medical aid until EMS arrived and transported him to the University of Maryland Capital Region Medical Center.

55. BROWN was subsequently treated and released from the hospital and was transported to the Major Crimes Division for an interview. BROWN was advised of and waived his rights, at which time he admitted to arriving at the Game Stop in the carjacked vehicle, entering the store, possessing the gun, and attempting to flee when police arrived. The gun which BROWN admitted to possessing was recovered on scene and identified as a dark green and black .40 caliber semi-automatic handgun with a Polymer 80 receiver frame and a Glock slide bearing serial number BXH281. The gun was loaded with 1 round of ammunition in the chamber and 8 rounds of ammunition in the magazine.

56. BOYD was able to escape in the carjacked 2022 Dodge Challenger bearing Washington, D.C. registration plates FH6425.

57. Detectives located and interviewed several victims and witnesses. Victim #1 and Victim #2, whose identities are known to police, are employees of the Game Stop store at 5706 Silver Hill Road, District Heights, Prince George's County, Maryland, 20747. Victim #3, whose identity is known to police, was in the store visiting one of the employees. During their interviews, the Victims informed detectives that the two suspects entered the store, struck one of the Victims, and both demanded that the Victims open the cash registers and the safe. The Victims were in fear for their lives and safety. Police officers intervened prior to the suspects successfully obtaining any property.

58. Minutes after the robbery, police aviation units (Guardian) located the carjacked 2022 Dodge Challenger bearing Washington, D.C. registration plates FH6425 and ultimately followed it to the 300-block of Anacostia Road SE, Washington, D.C.

59. As captured on the Guardian video, at 2:31 p.m., within the 300 block of Anacostia Road
SE, BOYD was observed exiting the driver's seat of the Dodge Challenger and prior to
leaving the vehicle BOYD was observed grabbing a jacket along with other items from the
vehicle. BOYD is seen running on the sidewalk wearing a bright white hooded sweatshirt
and holding a black jacket in his hands, as shown in the still below. BOYD later ran into a
parking lot and appears to realize there was no point of escape within the parking lot.
BOYD then began running in the direction of the exit to the parking lot.



60. As captured on the Guardian video, at 2:32 hours, BOYD then observed an elderly victim
(V4) at her vehicle with the left-rear driver's door open. BOYD walked up to the elderly
victim and immediately took her keys. It should be noted that BOYD had within his left
hand of what appear to be a handgun, as shown in the still below.



61. This vehicle was later identified a Grey 2013 Nissan Rouge MD Tag registered to V-4.
BOYD picked up the black jackets and other items, which he had previously dropped prior
to carjacking V4's vehicle. Later recovered from the ground was an extended Glock
handgun magazine loaded with 11 of 40 caliber rounds and 1 round on the ground next to
the magazine. The magazine was designed to carry more than 10 rounds, which was later
identified as a 22 round magazine.

62. BOYD closed the door to V-4's vehicle that was opened and entered into the driver's seat of the vehicle. V-4 walked away from her vehicle. It should be noted that the black object, which was consistent to a handgun, was tossed within the vehicle.

63. At approximately 1433 hours, BOYD is seen driving out of the parking lot with V-4's vehicle and made a right turn within the 300 block of Anacostia Road SE. Quickly upon turning, BOYD rammed unmarked MPD Cruiser occupied by Detective Sergeant Valkyrie Finamore striking the rear-left bumper of the cruiser. BOYD kept going and there was an additional marked MPD Cruiser stopped within the block attempting to back up but the vehicle could not stop BOYD at the time.

64. At this time, BOYD attempted to go around by driving on the grass partially and rammed a second MPD cruiser occupied by Officers Hill, Ackah and Livezey. See the image below. Following the collision, BOYD's vehicle was stopped. BOYD bailed out of the vehicle on foot and made an attempt to escape but was caught by Officer Hill and several other uniformed MPD officers.



65. Police aviation units (Guardian) observed BOYD exit the carjacked vehicle and attempt to carjack another vehicle. He was taken into custody at that scene by officers of the Metropolitan Police Department and transported to the 1st District Station to be interviewed.

66. V-4 was interviewed by MPD and reported that she was confronted by the suspect who demanded her keys. V-4 gave the defendant her keys and he drove off with her car before she heard a crash.

67. Both the purple Dodge Challenger and the Nissan Rouge were seized by Prince George's County Police. Neither have been processed as of this writing.

68. During an interview with law enforcement, BOYD was advised of and waived his rights and provided a statement to detectives. BOYD admitted to driving the carjacked 2022 Dodge Challenger bearing Washington, D.C. registration plates FH6425 to the scene of the robbery with BROWN but claimed he didn't know they were going there to do a robbery.

Respectfully Submitted,



_____

Detective Jayme Kingsley,
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on March 29, 2024.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE